UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel Eugene Bifield**                    **Docket No. 4:24-CR-53-1M**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel Eugene Bifield, who, upon an earlier plea of guilty to Racketeering Conspiracy, in violation of 18 U.S.C. 1962(d), was sentenced in the District of South Carolina by the Honorable Cameron McGowan Currie, U.S. District Judge, on May 29, 2013, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On December 13, 2023, the term of custody was reduced to Time Served. Additionally, the defendant was ordered to be monitored on home curfew without location monitoring technology for a period of 1 year. Daniel Eugene Bifield was released from custody on December 15, 2023, at which time the term of supervised release commenced in the Eastern District of North Carolina. Judication in this matter was transferred to the Eastern District of North Carolina on July 17, 2024, and the case was assigned to Chief U.S. District Judge Richard E. Myers, II.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the onset of Bifield's supervised release, he has maintained a stable residence, secured Social Security Disability, obtained substance abuse and mental health assessments, attended monthly treatment as recommended, maintained negative urinalysis, and successfully completed two-thirds of his location monitoring curfew requirement. Therefore, the U.S. Probation Office respectfully recommends that the remaining four months of the Location Monitoring curfew be stricken, while all other conditions imposed remain in effect. Contact was made with the United States Attorney's Office in this matter, and they have indicated they have no objections to this request.

**PRAYING THAT THE COURT WILL ORDER that the remaining balance due of the special condition of supervised release requiring 1 year Location Monitoring curfew be stricken, while all other conditions of supervision remain in effect.**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: August 30, 2024 |

Daniel Eugene Bifield
Docket No. 4:24-CR-53-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 3rd day of September, 2024, and ordered filed and made a part of the records in the above case.

*Richard E Myers II*
Richard E. Myers, II
Chief U.S. District Judge